Joel E. Elkins (SBN 256020)
jelkins@weisslawllp.com
**WEISSLAW LLP**
9100 Wilshire Blvd. #725 E.
Beverly Hills, CA 90210
Telephone: 310/208-2800
Facsimile:  310/209-2348

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK GALLO,<br><br>              Plaintiff,<br><br>       vs.<br><br>NIELSEN HOLDINGS PLC, JAMES A. ATTWOOD, JR., DAVID KENNY, THOMAS H. CASTRO, GUERRINO DE LUCA, KAREN M. HOGUET, HARISH MANWANI, JANICE MARINELLI MAZZA, JONATHAN MILLER, ROBERT C. POZEN, DAVID RAWLINSON, NANCY TELLEM, JAVIER G. TERUEL, and LAUREN ZALAZNICK,<br><br>              Defendants. | Case No.   21-cv-00433-PA-AS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

- 1 -
NOTICE OF VOLUNTARY DISMISSAL

1  PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure
2  41(a)(1)(A)(i), plaintiff Frank Gallo ("Plaintiff") voluntarily dismisses the claims in
3  the captioned action (the "Action"). Because this notice of dismissal is being filed with
4
5  the Court before service by defendants of either an answer or a motion for summary
6  judgment, Plaintiff's dismissal of the Action is effective upon its filing.
7
8
9  Dated: February 11, 2021                    **WEISSLAW LLP**
                                               Joel E. Elkins
10
11                                             By: _____
12                                             Joel E. Elkins
13                                             9100 Wilshire Blvd. #725 E.
                                               Beverly Hills, CA 90210
14                                             Telephone:  310/208-2800
15                                             Facsimile:   310/209-2348
                                                     -and-
16                                             Richard A. Acocelli
17                                             1500 Broadway, 16th Floor
                                               New York, NY  10036
18                                             Telephone: 212/682-3025
19                                             Facsimile:  212/682-3010
20                                             *Attorneys for Plaintiff*
21
22
23
24
25
26
27
28

NOTICE OF VOLUNTARY DISMISSAL